In re Estate of Edward W. Wallace, deceased, appellant, v. Ann Engel, appellee. Gen. No. 33,567.

Opinion filed March 5, 1930.
Curtis R. Scheunemann, John R. Ong and Franklin Raber, for appellant; Franklin Raber, of counsel. E. Leslie Cole and Charles C. Spencer, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Elizabeth Sandona, appellee, v. Jacob Lewandowski, appellant. Gen. No. 33,585.

Opinion filed March 5, 1930.
H. J. Thal, for appellant. John B. Fruchtl and Cecil Smith, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Uihlein Realty Trustees, appellant, v. G. C. Marks, appellee. Gen. No. 33,603.

Opinion filed March 5, 1930.
M. L. Carmody, for appellant. Goodnow, Allaben & Snewind, for appellee; Charles D. Snewind, of counsel.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Helen C. Fields, appellant, v. William G. Boman and Mary Boman, appellees. Gen. No. 33,646.

Opinion filed March 5, 1930.
William H. Haynes, for appellant. Albert Rosenbaum, for appellees.
Mr. Presiding Justice Wilson delivered the opinion of the court.